**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION | ) ) CIVIL ACTION NO. ) 1:19-cv-06734 ) _____ ) |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, December 19, 2019, at 9:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before Judge Elaine E. Bucklo or any judge sitting in Judge Bucklo's stead, in Courtroom 2243 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion To Stay Proceedings Pending A Ruling From The Judicial Panel On Multidistrict Litigation On Pending Motion For Transfer Under 28 U.S.C. § 1407, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated:  December 13, 2019                                  Respectfully submitted,

/s/ *Kathy L. Osborn*                                      /s/ *Britt M. Miller*
Kathy L. Osborn                                            Britt M. Miller
Anna Marie Behrmann                                        Daniel K. Storino
FAEGRE BAKER DANIELS LLP                                   MAYER BROWN LLP
300 N. Meridian St., Suite 2500                            71 South Wacker Drive
Indianapolis, IN 46204                                     Chicago, IL 60606
(317) 237-8261                                             (312) 782-0600
kathy.osborn@faegrebd.com                                  bmiller@mayerbrown.com
anna.behrmann@faegrebd.com                                 dstorino@mayerbrown.com

Colby Anne Kingsbury                                       Mark W. Ryan
FAEGRE BAKER DANIELS LLP                                   MAYER BROWN LLP
311 S. Wacker Dr., #4400                                   1999 K Street NW
Chicago, IL 60606                                          Washington, DC 20006
(312) 212-6573                                             (202) 263-3000
colby.kingsbury@faegrebd.com                               mryan@mayerbrown.com

Joshua P. Mahoney                                          *Counsel for Defendants Delta Dental Plans*
Jeffrey S. Roberts (*pro hac vice pending*)                *Association and DeltaUSA*
FAEGRE BAKER DANIELS LLP
1144 15th Street, Suite 3400                               /s/ *Scott David Stein*
Denver, CO 80203                                           Scott David Stein
(303) 607-3500                                             Colleen M. Kenney
josh.mahoney@faegrebd.com                                  SIDLEY AUSTIN LLP
jeff.roberts@faegrebd.com                                  One South Dearborn Street
                                                           Chicago, IL 60603
*Counsel for Defendants Delta Dental of*                   (312) 853-7000
*Arkansas, Delta Dental of Indiana, Delta Dental*          sstein@sidley.com
*of Kentucky, Delta Dental of Michigan, Delta*             ckenney@sidley.com
*Dental of New Mexico, Delta Dental of North*
*Carolina, Delta Dental of Ohio, and Delta Dental*         *Counsel for Defendants Delta Dental of*
*of Tennessee*                                             *Illinois, Colorado Dental Service, Inc. d/b/a*
                                                           *Delta Dental of Colorado, and Delta Dental*
                                                           *of Virginia*

| | |
|---|---|
| /s/ *Benjamin Winters Hulse* <br> Benjamin Winters Hulse <br> BLACKWELL BURKE PA <br> 431 South Seventh Street <br> Suite 2500 <br> Minneapolis, MN 55415 <br> 612-343-3200 <br> bhulse@blackwellburke.com <br><br> *Counsel for Defendants Delta Dental of Minnesota and Delta Dental of Nebraska* | /s/ *Allison Winifred Reimann* <br> Allison Winifred Reimann <br> GODFREY & KAHN, S.C. <br> One East Main Street, Suite 500 <br> P.O. Box 2719 <br> Madison, WI 53701-2719 <br> 608-284-2625 <br> areimann@gklaw.com <br><br> *Counsel for Defendant Delta Dental of Wisconsin, Inc.* |

## **CERTIFICATE OF SERVICE**

  I, Britt M. Miller, an attorney, hereby certify that on December 13, 2019, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

            */s/ Britt M. Miller*
            Britt M. Miller
            MAYER BROWN LLP
            71 South Wacker Drive
            Chicago, IL 60606
            (312) 782-0600
            bmiller@mayerbrown.com