**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION | ) ) ) ) ) ) CIVIL ACTION NO. 1:19-cv-06734 Hon. Elaine E. Bucklo |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
PAGE LIMITS FOR MOTIONS TO DISMISS**

Pursuant to Local Rule 7.1, Plaintiffs and Defendants, by and through the undersigned counsel, jointly submit this Stipulation and proposed Order regarding the page limits for Defendants' anticipated motions to dismiss.

WHEREAS, on November 26, 2019, Plaintiffs filed a Consolidated Complaint in the above-captioned litigation (Dkt. 96);

WHEREAS, under the Initial Case Management Order, Defendants' answers, motions, or other responses to the Consolidated Complaint are due January 27, 2020; Plaintiffs' oppositions to any motions to dismiss are due March 27, 2020; and Defendants' replies in support of any motions to dismiss are due April 27, 2020 (Dkt. 95 ¶¶ 19-20); and

WHEREAS, as required by the Initial Case Management Order ("CMO"), the parties have met and conferred regarding the appropriate page limits for Defendants' anticipated Motions to Dismiss and related briefing. CMO ¶ 22.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, that the page limits for the forthcoming Motions to Dismiss shall be as follows:

1.	Defendants may file a joint brief of up to **50** pages on behalf of all Defendants in support of their joint motion to dismiss ("Joint Motion") by January 27, 2020. Consistent with the CMO (¶ 19), Defendants may also file by January 27, 2020 individual briefs and/or consolidated briefs in support of supplemental motions to dismiss addressing issues not common to all Defendants of not more than **5** pages if filed by an individual Defendant, or if filed jointly on behalf of more than one Defendant not more than **30** pages, provided that the total length of all such briefs collectively does not exceed **30** pages. Defendants agree that these additional 30 pages of briefs shall not be used to enlarge the 50-page limit for the all-defendant Joint Motion brief. Defendants also agree that while the individual or consolidated brief(s) may be on behalf of one or more individual Defendants with similar arguments, none of the 30 pages shall be submitted on behalf of all or most of the Defendants.

2.	Plaintiffs may file a response brief of up to **60** pages in opposition to Defendants' Joint Motion by March 27, 2020. Plaintiffs may also file by March 27, 2020 responses to Defendants' individual/consolidated briefs of up to **5** pages if in response to an individual motion to dismiss, or up to **30** pages in response to a joint supplemental motion, provided that the total length of all such briefs collectively does not exceed **30** pages.

3.	Defendants may file a reply brief of up to **25** pages in support of their Joint Motion by April 27, 2020. Defendants also may file individual replies of not more than **3** pages in support of any individual motion, or a consolidated reply of not more than **15** pages in support of any consolidated motion, provided that the total length of all such briefs collectively does not exceed **15** pages.

STIPULATED AND AGREED:

Dated: January 8, 2020 　　　　　　　　　　　　　　Respectfully submitted,

*/s/ Stephen R. Neuwirth*　　　　　　　　　　　　　/s/ *Britt M. Miller*
Stephen R. Neuwirth　　　　　　　　　　　　　　　Britt M. Miller
Toby E. Futter　　　　　　　　　　　　　　　　　　Daniel K. Storino
Joseph Kiefer　　　　　　　　　　　　　　　　　　 MAYER BROWN LLP
QUINN EMANUEL URQUHART & SULLIVAN LLP　　　　　71 South Wacker Drive
51 Madison Avenue, 22nd Floor　　　　　　　　　　 Chicago, IL 60606
New York, New York 10010　　　　　　　　　　　　(312) 782-0600
Telephone: 212 849-7000　　　　　　　　　　　　　bmiller@mayerbrown.com
stephenneuwirth@quinnemanuel.com　　　　　　　　dstorino@mayerbrown.com
tobyfutter@quinnemanuel.com
joekiefer@quinnemanuel.com　　　　　　　　　　　Mark W. Ryan
　　　　　　　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
Leonid Feller, P.C.　　　　　　　　　　　　　　　　1999 K Street NW
Athena Dalton　　　　　　　　　　　　　　　　　　Washington, DC 20006
QUINN EMANUEL URQUHART & SULLIVAN LLP　　　　　(202) 263-3000
191 N. Wacker Drive, Suite 2700　　　　　　　　　　mryan@mayerbrown.com
Chicago, Illinois 60606
Telephone: (312) 705-7400　　　　　　　　　　　　*Counsel for Defendants Delta Dental Plans*
leonidfeller@quinnemanuel.com　　　　　　　　　　*Association, DeltaUSA, Delta Dental of*
athenadalton@quinnemanuel.com　　　　　　　　　 *Connecticut Inc., Delta Dental Plan of*
　　　　　　　　　　　　　　　　　　　　　　　　*Idaho, Inc. d/b/a Delta Dental of Idaho,*
*Interim Co-Lead Class Counsel*　　　　　　　　　　*Dental Service of Massachusetts, Inc. d/b/a*
　　　　　　　　　　　　　　　　　　　　　　　　*Delta Dental of Massachusetts, Delta*
　　　　　　　　　　　　　　　　　　　　　　　　*Dental of Missouri, Delta Dental of New*
*/s/ Ronald J. Aranoff*　　　　　　　　　　　　　　 *Jersey, Inc., Delta Dental Plan of*
Ronald J. Aranoff　　　　　　　　　　　　　　　　 *Oklahoma, Oregon Dental Service d/b/a*
Cassandra Postighone　　　　　　　　　　　　　　 *Delta Dental of Oregon, Delta Dental of*
WOLLMUTH MAHER & DEUTSCH LLP　　　　　　　　 *South Dakota, Delta Dental of Washington,*
500 Fifth Avenue – 12th Floor　　　　　　　　　　　*and Delta Dental Plan of Wyoming d/b/a*
New York, New York 10110　　　　　　　　　　　　*Delta Dental of Wyoming*
Telephone: (212) 382-3300
raranoff@wmd-law.com
cpostinghone@wmd-law.com

*Interim Co-Lead Class Counsel*

3

/s/ *Kathy L. Osborn*
Kathy L. Osborn
Ryan M. Hurley
Anna Marie Behrmann
FAEGRE BAKER DANIELS LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
(317) 237-8261
kathy.osborn@faegrebd.com
ryan.hurley@faegrebd.com
anna.behrmann@faegrebd.com

Colby Anne Kingsbury
FAEGRE BAKER DANIELS LLP
311 S. Wacker Dr., #4400
Chicago, IL 60606
(312) 212-6573
colby.kingsbury@FaegreBD.com

Jeffrey S. Roberts
Joshua P. Mahoney
FAEGRE BAKER DANIELS LLP
1144 15th Street, Suite 3400
Denver, CO 80203
(303) 607-3500
jeff.roberts@faegrebd.com
josh.mahoney@faegrebd.com

*Counsel for Defendants Delta Dental of Arkansas, Delta Dental of Indiana, Delta Dental of Kentucky, Delta Dental of Michigan, Delta Dental of New Mexico, Delta Dental of North Carolina, Delta Dental of Ohio, and Delta Dental of Tennessee*

/s/ *Scott D. Stein*
Scott D. Stein
Colleen M. Kenney
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
sstein@sidley.com
ckenney@sidley.com

*Counsel for Defendants Colorado Dental Service, Inc. d/b/a Delta Dental of Colorado, Delta Dental of Illinois, and Delta Dental of Virginia*

/s/ *Allison W. Reimann*
Allison W. Reimann
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703
608-284-2625
areimann@gklaw.com

*Counsel for Defendants Delta Dental of Wisconsin, Inc.*

/s/ *Benjamin W. Hulse*
Jerry W. Blackwell
Benjamin W. Hulse
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
612-343-3200
blackwell@blackwellburke.com
bhulse@blackwellburke.com
*Counsel for Defendants Delta Dental of Minnesota and Delta Dental of Nebraska*


/s/ *David E. Dahlquist*
David E. Dahlquist
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
312-558-5600
ddahlquist@winston.com

*Counsel for Defendants Arizona Dental Insurance Service, Inc. d/b/a Delta Dental of Arizona, Hawaii Dental Service, Delta Dental of Iowa, Delta Dental of Kansas Inc., Maine Dental Service Corporation d/b/a Delta Dental Plan of Maine, Delta Dental Plan of New Hampshire, Inc., Delta Dental of Rhode Island, and Delta Dental Plan of Vermont, Inc.*

/s/ *Howard M. Ullman*
Stephen V. Bomse
Russell P. Cohen
Howard M. Ullman
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
sbomse@orrick.com
rcohen@orrick.com
hullman@orrick.com

*Counsel for Defendants Delta Dental Insurance Company, Delta Dental of California, Delta Dental of Delaware Inc., Delta Dental of the District of Columbia, Delta Dental of New York Inc., Delta Dental of Pennsylvania, Delta Dental of Puerto Rico, Inc., and Delta Dental Plan of West Virginia, Inc.*

**DATED:** _____  **SO ORDERED:**

_____
**Hon. Elaine E. Bucklo**

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on January 8, 2020, I caused a true and correct copy of the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTIONS TO DISMISS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            */s/ Britt M. Miller*
                                            Britt M. Miller
                                            MAYER BROWN LLP
                                            71 South Wacker Drive
                                            Chicago, IL 60606
                                            (312) 782-0600
                                            bmiller@mayerbrown.com

21690183.1