IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION | ) ) ) ) ) ) No. 1:19-cv-06734<br><br>Hon. Elaine E. Bucklo |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' CONSOLIDATED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6) and Paragraph 19 of the Initial Case Management Order (Dkt. 95), Defendants respectfully move to dismiss Plaintiffs' Consolidated Complaint (Dkt. 96) for failure to state a claim upon which relief may be granted. As explained in detail in the accompanying Memorandum In Support Of Defendants' Motion To Dismiss Plaintiffs' Consolidated Complaint ("Memorandum"), the Consolidated Complaint fails to state a claim on the following grounds:

1. Plaintiffs fail to state a *per se* claim under Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiffs allege that three different restraints are *per se* illegal. However, two of the three restraints Plaintiffs identify—"revenue restrictions" and "price fixing"—are entirely conclusory and are not supported by any well-pleaded facts. These allegations thus cannot state a claim of any sort, much less a claim for conduct that is *per se* illegal. And Plaintiffs' third alleged restriction—a "market allocation mechanism"—is an ancillary restraint that must be evaluated under the rule of reason as a matter of law.

2. Plaintiffs fail to state a rule-of-reason claim under Section 1 as well. Although dental insurance is an example of what the Supreme Court has called a "two-sided platform" market, *Ohio v. Am. Express Co.*, 138 S. Ct. 2274, 2280 (2018) ("*AmEx*"), Plaintiffs do not allege effects on both

sides of the market, as the *AmEx* decision requires. Plaintiffs also fail to allege cognizable product or geographic markets or market power, all of which are required to state a rule-of-reason claim.

3. In addition, Plaintiffs' claims fail for the independent reason that they have not alleged antitrust injury. Plaintiffs' purported harm (low reimbursement rates) is not the type of injury the antitrust laws protect. This is particularly true for a two-sided platform market, such as dental insurance, where it is "necessary" to "[e]valuate both sides" of the platform in order to "accurately assess competition." *AmEx*, 138 S. Ct. at 2287. The Complaint focuses on only one side of the two-sided market and fails to allege harm to competition on the platform as a whole.

4. Furthermore, Plaintiffs' claims fail because the alleged "market allocation mechanism" they identify is not the result of concerted action within the meaning of 15 U.S.C. § 1. Defendants have always had a unified interest in the licensing and management of the "Delta Dental" trademarks, such that decisions affecting the licensing and management of those marks do not deprive the market of independent centers of decision-making. Absent concerted action, Plaintiffs' Section 1 claim must be dismissed.

5. Finally, Plaintiffs' claims are barred by the McCarran-Ferguson Act, 15 U.S.C. § 1011 *et seq.*, which exempts claims related to the "business of insurance" from the scope of the antitrust laws.

For these reasons, and as set forth more fully in Defendants' supporting Memorandum, Defendants respectfully request that the Court dismiss the Consolidated Complaint with prejudice.

[Signature block begins on following page]

Dated: January 27, 2020

/s/ Kathy L. Osborn
Kathy L. Osborn
Ryan M. Hurley
Anna Marie Behrmann
FAEGRE BAKER DANIELS LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
(317) 237-8261
kathy.osborn@faegrebd.com
ryan.hurley@faegrebd.com
anna.behrmann@faegrebd.com

Colby Anne Kingsbury
FAEGRE BAKER DANIELS LLP
311 S. Wacker Dr., #4400
Chicago, IL 60606
(312) 212-6573
colby.kingsbury@faegrebd.com

Jeffrey S. Roberts
Joshua P. Mahoney
FAEGRE BAKER DANIELS LLP
1144 15th Street, Suite 3400
Denver, CO 80203
(303) 607-3500
jeff.roberts@faegrebd.com
joshua.mahoney@faegrebd.com

*Counsel for Defendants Delta Plan of Arkansas, Inc., Delta Dental of Indiana, Inc., Delta Dental of Kentucky, Inc., Delta Dental Plan of Michigan, Inc., Delta Dental Plan of New Mexico, Inc., Delta Dental of North Carolina, Delta Dental Plan of Ohio, Inc., and Delta Dental of Tennessee*

/s/ Benjamin W. Hulse
Jerry W. Blackwell
Benjamin W. Hulse
Gerardo Alcazar
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

Respectfully submitted,

/s/ Britt M. Miller
Britt M. Miller
Daniel K. Storino
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dstorino@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendants Delta Dental Plans Association, DeltaUSA, Delta Dental of Connecticut Inc., Delta Dental Plan of Idaho, Inc. d/b/a Delta Dental of Idaho, Dental Service of Massachusetts, Inc. d/b/a Delta Dental of Massachusetts, Delta Dental of Missouri, Delta Dental of New Jersey, Inc., Oregon Dental Service d/b/a Delta Dental of Oregon, Delta Dental of South Dakota, Delta Dental of Washington, and Delta Dental Plan of Wyoming d/b/a Delta Dental of Wyoming*

/s/ Howard Ullman
Stephen V. Bomse
Russell P. Cohen
Howard Ullman
Nicole Gelsomini
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
sbomse@orrick.com
rcohen@orrick.com
hullman@orrick.com

3


612-343-3200
blackwell@blackwellburke.com
bhulse@blackwellburke.com
galcazar@blackwellburke.com

Lori Swanson
Mike Hatch
SWANSON HATCH, P.A.
431 South 7th Street
Suite 2545
Minneapolis, MN 55415
612-315-3037
lswanson@swansonhatch.com
mhatch@swansonhatch.com

*Counsel for Defendants Delta Dental of Minnesota and Delta Dental of Nebraska*


/s/ David E. Dahlquist
David E. Dahlquist
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
312-558-5600
ddahlquist@winston.com

*Counsel for Defendants Arizona Dental Insurance Service, Inc. d/b/a Delta Dental of Arizona, Hawaii Dental Service, Delta Dental of Iowa, Delta Dental of Kansas Inc., Maine Dental Service Corporation d/b/a Delta Dental Plan of Maine, Delta Dental Plan of New Hampshire, Inc., Delta Dental Plan of Oklahoma, Delta Dental of Rhode Island, and Delta Dental Plan of Vermont, Inc.*

Emily Luken
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
202-339-8400
eluken@orrick.com

Brian Joseph Murray
Timothy D. Elliot
RATHJE WOODWARD LLC
300 E. Roosevelt Road
Suite 300
630-668-8500
Wheaton, IL 60187
bmurray@rathjewoodward.com
telliott@rathjewoodward.com

*Counsel for Defendants Delta Dental Insurance Company, Delta Dental of California, Delta Dental of Delaware, Delta Dental of the District of Columbia, Delta Dental of New York, Delta Dental of Pennsylvania, Delta Dental of Puerto Rico, and Delta Dental of West Virginia*

/s/ Scott D. Stein
Scott D. Stein
Colleen M. Kenney
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
sstein@sidley.com
ckenney@sidley.com

*Counsel for Defendants Colorado Dental Service, Inc. d/b/a Delta Dental of Colorado, Delta Dental of Illinois, and Delta Dental of Virginia*

5

                                                                                  */s/ Allison W. Reimann*
Allison W. Reimann
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703
608-257-3911
koconnor@gklaw.com
areimann@gklaw.com

*Counsel for Defendant Delta Dental of Wisconsin, Inc.*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on January 27, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                             */s/ Britt M. Miller*
                                             Britt M. Miller
                                             MAYER BROWN LLP
                                             71 South Wacker Drive
                                             Chicago, IL 60606
                                             (312) 782-0600
                                             bmiller@mayerbrown.com