


## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7422

WRITER'S EMAIL ADDRESS
joekiefer@quinnemanuel.com

April 13, 2020

**VIA FIRST CLASS MAIL**

Thomas G. Bruton
Clerk of Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

Re:   In re Delta Dental Antitrust Litigation, MDL No. 2931, Conditional Transfer Order No. 1

Dear Mr. Bruton:

I write pursuant to the attached Conditional Transfer Order issued by the United States Judicial Panel on Multidistrict Litigation concerning MDL No. 2931, In re Delta Dental Antitrust Litigation.  The Order specifies that "[t]his order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois."  Accordingly, I am transmitting the Order to your office.  Please let me know if you need any further information, and I hope you and your staff are staying safe and healthy.

Sincerely,

Joseph N. Kiefer

Attachment

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

Case: 1:19-cv-06734 Document #: 269 Filed: 04/13/20 Page 2 of 4 PageID #:1759
Case: 1:19-cv-06734 Document #: 265 Filed: 04/08/20 Page 1 of 2 PageID #:1753
Case MDL No. 2931 Document 172 Filed 04/08/20 Page 1 of 2

Judge: Elaine E. Bucklo
Magistrate Judge: Sidney I. Schenkier
Filed: 4/8/2020
Case #'s (See Schedule Below) KP

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: DELTA DENTAL ANTITRUST LITIGATION**

MDL No. 2931

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On March 27, 2020, the Panel transferred 2 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Elaine E. Bucklo.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Bucklo.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of March 27, 2020, and, with the consent of that court, assigned to the Honorable Elaine E. Bucklo.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 08, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Case: 1:19-cv-06734 Document #: 269 Filed: 04/13/20 Page 3 of 4 PageID #:1760
Case: 1:19-cv-06734 Document #: 265 Filed: 04/08/20 Page 2 of 2 PageID #:1754
Case MDL No. 2931 Document 172 Filed 04/08/20 Page 2 of 2

# IN RE: DELTA DENTAL ANTITRUST LITIGATION

MDL No. 2931

## SCHEDULE CTO-1 − TAG-ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | **CALIFORNIA CENTRAL** | | | |
| 20-cv-2197 | CAC | 2 | 19−10576 | William G. Stephens v. Delta Dental Plans Association et al |
| | **CALIFORNIA NORTHERN** | | | |
| 20-cv-2198 | CAN | 3 | 19−08182 | Mells v. Delta Dental Plans Association et al |
| 20-cv-2199 | CAN | 3 | 19−08258 | DeVinney, DDS v. Delta Dental Plan Association et al |
| | **KENTUCKY WESTERN** | | | |
| 20-cv-2200 | KYW | 3 | 19−00915 | Braunstein v. Delta Dental Plans Association et al |
| | **LOUISIANA EASTERN** | | | |
| 20-cv-2201 | LAE | 2 | 20−00018 | John C. Schwartz, D.D.S. v Delta Dental Plans Association, et al |
| | **MINNESOTA** | | | |
| 20-cv-2202 | MN | 0 | 19−03139 | Kottemann Orthodontics, P.L.L.C. v. Delta Dental Plans Association et al |
| 20-cv-2203 | MN | 0 | 19−03141 | Baldwin v. Delta Dental Plans Association et al |
| | **MISSISSIPPI NORTHERN** | | | |
| 20-cv-2204 | MSN | 1 | 19−00227 | Mincy v. Delta Dental Plans Association et al |
| | **NORTH CAROLINA MIDDLE** | | | |
| 20-cv-2205 | NCM | 1 | 19−01247 | DRS. LUTINS & BENITEZ, P.A. v. DELTA DENTAL INSURANCE COMPANY et al |

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010



FIRST CLASS

$ 000.50⁰
APR 13 2020
MAILED FROM ZIP CODE 10010

Thomas G. Bruton
Clerk of Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

60604-170299