**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION | ) No. 1:19-cv-06734 ) ) MDL No. 2931 ) ) Hon. Elaine E. Bucklo |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
<u>REPLY IN SUPPORT OF MOTION TO DISMISS UNDER SEAL</u>**

Pursuant to Local Rule 26.2, Defendants respectfully request leave to file their Reply In Support of Defendants' Motion To Dismiss Plaintiffs' Consolidated Complaint ("Reply") under seal. As explained below, there is good cause to seal the Reply because it discusses and quotes from an exhibit to Defendants' Motion to Dismiss that this Court previously ordered to be sealed.

In accordance with Local Rule 26.2(c), Defendants have provisionally filed their Reply under seal while this Motion is pending, along with a publicly-filed version of the Reply with limited redactions. In support of their request, Defendants state as follows:

1. On January 27, 2020, Defendants requested leave to file under seal a document titled "Delta Dental Plans Association Membership Standards and Guidelines" as Exhibit A to Defendants' Memorandum in Support of Motion to Dismiss Plaintiffs' Consolidated Complaint ("Motion to Dismiss"). Dkt. 246. The Court granted Defendants' motion to seal Exhibit A on January 29, 2020. Dkt. 247.

2. Plaintiffs' Memorandum in Opposition to Motion to Dismiss ("Opposition"), filed May 14, 2020, discusses and quotes from Exhibit A to Defendants' Motion to Dismiss. Accordingly, Plaintiffs filed a redacted version of their Opposition and requested leave to file under

seal an unredacted version. Dkt. 273-276. The Court granted Plaintiffs' motion to file under seal on May 18, 2020. Dkt. 277.

3. In responding to Plaintiffs' arguments, Defendants' Reply discusses and quotes from the same portions of Exhibit A that were redacted in Plaintiffs' publicly-filed Opposition. As set forth in more detail in Defendants' original motion to seal Exhibit A, the information contained therein is competitively sensitive and would disadvantage Defendants if made public.

4. Accordingly, Defendants move for leave to seal the unredacted version of the Reply. *See Baxter Int'l, Inc. v. Abbot Labs.*, 297 F.3d 544, 545 (7th Cir. 2002); *SmithKline Beecham Corp. v. Pentech Pharmaceuticals, Inc.*, 261 F. Supp. 2d 1002, 1008 (N.D. Ill. 2003).

5. On July 9, 2020, counsel for Defendants conferred with counsel for Plaintiffs, and counsel for Plaintiffs stated that they have no objection to Defendants' Motion.

WHEREFORE, Defendants respectfully request that the Court permit Defendants to file their Reply In Support of Defendants' Motion To Dismiss Plaintiffs' Consolidated Complaint under seal.

Dated: July 13, 2020                              Respectfully submitted,

*/s/ Kathy L. Osborn*                         */s/ Britt M. Miller*
Kathy L. Osborn                              Britt M. Miller
Ryan M. Hurley                               Daniel K. Storino
Anna Marie Behrmann                        Jed W. Glickstein
FAEGRE DRINKER BIDDLE & REATH LLP      MAYER BROWN LLP
300 N. Meridian St., Suite 2500                 71 South Wacker Drive
Indianapolis, IN 46204                         Chicago, IL 60606
(317) 237-8261                                (312) 782-0600
kathy.osborn@faegredrinker.com                bmiller@mayerbrown.com
ryan.hurley@faegredrinker.com                 dstorino@mayerbrown.com
anna.behrmann@faegredrinker.com             jglickstein@mayerbrown.com

Colby Anne Kingsbury                          Mark W. Ryan
FAEGRE DRINKER BIDDLE & REATH LLP      MAYER BROWN LLP
311 S. Wacker Dr., #4400                        1999 K Street NW
Chicago, IL 60606                              Washington, DC 20006
(312) 212-6573                                (202) 263-3000
colby.kingsbury@faegredrinker.com            mryan@mayerbrown.com

Jeffrey S. Roberts                             *Counsel for Defendants Delta Dental Plans*
Joshua P. Mahoney                         *Association, DeltaUSA, Delta Dental of*
FAEGRE DRINKER BIDDLE & REATH LLP      *Connecticut Inc., Delta Dental Plan of*
1144 15th Street, Suite 3400                   *Idaho, Inc. d/b/a Delta Dental of Idaho,*
Denver, CO 80203                           *Dental Service of Massachusetts, Inc. d/b/a*
(303) 607-3500                               *Delta Dental of Massachusetts, Delta*
jeff.roberts@faegredrinker.com                 *Dental of Missouri, Delta Dental of New*
joshua.mahoney@faegredrinker.com           *Jersey, Inc., Oregon Dental Service d/b/a*
                                               *Delta Dental of Oregon, Delta Dental of*
*Counsel for Defendants Delta Plan of Arkansas,*   *Washington, and Delta Dental Plan of*
*Inc., Delta Dental of Indiana, Inc., Delta Dental*   *Wyoming d/b/a Delta Dental of Wyoming*
*of Kentucky, Inc., Delta Dental Plan of Michigan,*
*Inc., Delta Dental Plan of New Mexico, Inc.,*      */s/ Howard Ullman*
*Delta Dental of North Carolina, Delta Dental*      Stephen V. Bomse
*Plan of Ohio, Inc., and Delta Dental of Tennessee*   Russell P. Cohen
                                               Howard Ullman
*/s/ Benjamin W. Hulse*                         Nicole Gelsomini
Jerry W. Blackwell                            ORRICK HERRINGTON & SUTCLIFFE LLP
Benjamin W. Hulse                          The Orrick Building
Gerardo Alcazar                              405 Howard Street
BLACKWELL BURKE P.A.                     San Francisco, CA 94105
431 South Seventh Street                       415-773-5700
Suite 2500                                      sbomse@orrick.com
Minneapolis, MN 55415                        rcohen@orrick.com
612-343-3200                                  hullman@orrick.com

blackwell@blackwellburke.com
bhulse@blackwellburke.com
galcazar@blackwellburke.com

Lori Swanson
Mike Hatch
SWANSON HATCH, P.A.
431 South 7th Street
Suite 2545
Minneapolis, MN 55415
612-315-3037
lswanson@swansonhatch.com
mhatch@swansonhatch.com

*Counsel for Defendants Delta Dental of Minnesota and Delta Dental of Nebraska*

*/s/ David E. Dahlquist*
David E. Dahlquist
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
312-558-5600
ddahlquist@winston.com

*Counsel for Defendants Arizona Dental Insurance Service, Inc. d/b/a Delta Dental of Arizona, Hawaii Dental Service, Delta Dental of Iowa, Delta Dental of Kansas Inc., Maine Dental Service Corporation d/b/a Delta Dental Plan of Maine, Delta Dental Plan of New Hampshire, Inc., Delta Dental Plan of Oklahoma, Delta Dental of Rhode Island, Delta Dental of South Dakota, and Delta Dental Plan of Vermont, Inc.*

*/s/ Allison W. Reimann*
Allison W. Reimann
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703
608-257-3911
areimann@gklaw.com

*Counsel for Defendant Delta Dental of Wisconsin, Inc.*

Emily Luken
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
202-339-8400
eluken@orrick.com

Brian Joseph Murray
Timothy D. Elliot
RATHJE WOODWARD LLC
300 E. Roosevelt Road
Suite 300
630-668-8500
Wheaton, IL 60187
bmurray@rathjewoodward.com
telliott@rathjewoodward.com

*Counsel for Defendants Delta Dental Insurance Company, Delta Dental of California, Delta Dental of Delaware, Delta Dental of the District of Columbia, Delta Dental of New York, Delta Dental of Pennsylvania, Delta Dental of Puerto Rico, and Delta Dental of West Virginia*

*/s/ Scott D. Stein*
Scott D. Stein
Colleen M. Kenney
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
sstein@sidley.com
ckenney@sidley.com

*Counsel for Defendants Colorado Dental Service, Inc. d/b/a Delta Dental of Colorado, Delta Dental of Illinois, and Delta Dental of Virginia*

4

## **CERTIFICATE OF SERVICE**

  I, Britt M. Miller, an attorney, hereby certify that on July 13, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF System.

            */s/ Britt M. Miller*
            Britt M. Miller
            MAYER BROWN LLP
            71 South Wacker Drive
            Chicago, IL 60606
            (312) 782-0600
            bmiller@mayerbrown.com