UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Robert S. Dolgow, D.D.S., P.A., et al.

                                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:19−cv−06734
　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Delta Dental Insurance Company, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 4, 2020:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' motion to dismiss plaintiffs' consolidated complaint [242] is denied. Enter Memorandum Opinion and Order. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.