**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | **CIVIL ACTION NO.**<br><br>1:19-CV-06734<br><br>**MDL NO.** 2931 |

## JOINT STATUS REPORT

Pursuant to the Court's minute entry dated September 11, 2020 (Doc. No. 305), the undersigned parties jointly submit this Status Report to provide the Court with an update regarding the multidistrict litigation ("MDL").

### Background

As summarized in the parties' Rule 26(f) report, Doc. No. 304, this MDL centralizes fifteen cases filed in this District and thirteen cases filed outside this District bringing claims against the Delta Dental Defendants ("Defendants"). A Consolidated Amended Complaint ("CAC") was filed on November 26, 2019. Doc. No. 96.[1] The Court denied Defendants' joint Motion to Dismiss the

---

[1] The complaints filed outside of the Northern District of Illinois are: *Obeng v. Delta Dental Plans Association, et al.*, Case No. 1:19-cv-25072 (S.D. Fla.); *Dickey v. Delta Dental Plans Association, et al.*, Case No. 3:19-cv-00910 (S.D. Miss.); *Mincy v. Delta Dental Plans Association, et al.*, Case No. 1:19-cv-00227 (N.D. Miss.); *Stephens v. Delta Dental Plans Association, et al.*, Case No. 2:19-cv-10576 (C.D. Cal.); *Mells v. Delta Dental Plans Association, et al.*, Case No. 3:19-cv-08182 (N.D. Cal.); *Braunstein v. Delta Dental Plans Association, et al.*, Case No. 3:19-cv-00915 (W.D. Ky.); *DeVinney v. Delta Dental Plans Association, et al.*, Case No. 3:19-cv-08258 (N.D. Cal.); *Kottemann Orthodontics, P.L.L.C. v. Delta Dental Plans Association, et al.*, Case No. 0:19-cv-03139 (D. Minn.); *Baldwin v. Delta Dental Plans Association, et al.*, Case No. 0:19-cv-03141 (D. Minn.); *Drs. Lutins & Benitz, P.A. v. Delta Dental Insurance Company, et al.*, Case No. 1:19-cv-01247 (M.D.N.C.); *Schwartz v. Delta Dental Plans Association, et al.*, Case No. 2:20-cv-00018 (E.D. La.); *Swiecinski v. Delta Dental Insurance Co., et al.*, Case No. 1:20-cv-03913 (D. New Jersey); and *Ben Zvi v. Delta Dental of New York*, Case No. 1:20-cv-05628 (S.D.N.Y.). The complaints filed in this District are the eleven actions consolidated in the CAC and the following four additional complaints: *American Dental Association, et al. v. Delta Dental Insurance Co., et al.*, Case No. 1:19-cv-07909 (N.D. Ill.); *Endodontics of New Mexico v. Delta Dental Insurance Company, et al.*, Case No. 1:20-cv-00798 (N.D. Ill.); *Deep and Daughtry, PC, et al. v. Delta Dental Insurance Co., et al.*, Case No. 1:20-cv-02124 (N.D. Ill.); and *Premiere Dental d/b/a Premiere Dental Spa, et al. v. Delta Dental Insurance Co., et al.*, Case No. 1:20-cv-03880 (N.D. Ill.).

1

CAC on September 4, 2020. Doc. No. 303. The Court entered a Scheduling Order on September 11, 2020, in which the Court ordered that the CAC was "the operative class action complaint on behalf of all plaintiffs in this MDL" and that "[a]ll other complaints filed in or transferred as a part of the MDL as of the date of this Order are hereby superseded by the CAC and no longer operative complaints." Doc. No. 306.

At the time of the Rule 26(f) report, the *Ben Zvi* plaintiffs had filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") seeking to vacate Conditional Transfer Order No. 3. Subsequently, the JPML denied the *Ben Zvi* plaintiffs' motion and ordered the case to be transferred to this Court for coordinated or consolidated pretrial proceedings. *In re Delta Dental Antitrust Litig.*, MDL No. 2931, Doc. No. 193 (J.P.M.L. Dec. 16, 2020).

## Pleadings and Initial Disclosures

Pursuant to the Scheduling Order, Defendants filed their respective Answers to the CAC on October 30, 2020, Doc. Nos. 331-347, and Plaintiffs and Defendants served their respective initial disclosures on November 12, 2020.

## Stipulations and Protocols

Pursuant to the Scheduling Order, the parties have filed, and the Court has entered, a preservation order, protective order, ESI protocol, and a stipulation on the non-discoverability of expert communications and draft reports. Doc. Nos. 316-319, Doc. Nos. 348-351. On October 29, 2020, the parties also filed, consistent with the Scheduling Order, a proposed agreed order regarding the production of structured data. Doc. No. 330. That order has not yet been entered by the Court.

## Discovery

On December 16, 2020, Defendants served their First Set of Requests for Production of

Documents Directed to Plaintiffs and their First Set of Interrogatories to Plaintiffs. Plaintiffs served their First Set of Requests for Production of Documents to All Defendants on December 28, 2020. By agreement of the parties, Plaintiffs' responses and objections to the discovery requests are due February 15, 2021, and Defendants' responses and objections are due February 26, 2021. At the time of this Status Report, the parties do not have any ripe discovery disputes to present to the Court for its consideration.

Fact discovery for this MDL currently is set to close on July 1, 2022. Doc. No. 306 ¶ E(d).

Dated:   February 2, 2021                             Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **WOLLMUTH MAHER & DEUTSCH LLP** |

By:   */s/ Stephen R. Neuwirth*                       By*:   /s/ Ronald J. Aranoff*

Stephen R. Neuwirth
Toby E. Futter
Joseph Kiefer
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  212 849-7000
stephenneuwirth@quinnemanuel.com
tobyfutter@quinnemanuel.com
joekiefer@quinnemanuel.com

Leonid Feller, P.C.
Athena Dalton
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
leonidfeller@quinnemanuel.com
athenadalton@quinnemanuel.com

*Interim Co-Lead Class Counsel*

Ronald J. Aranoff
Nicole M. Clark
500 Fifth Avenue – 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
nclark@wmd-law.com

*Interim Co-Lead Class Counsel*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan
Gregory Arenson
Elana Katcher
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Chair, Plaintiffs' Interim Executive Committee*

4

| | |
|---|---|
| */s/ Kathy L. Osborn* <br> Kathy L. Osborn <br> Ryan M. Hurley <br> Anna Marie Behrmann <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 300 N. Meridian St., Suite 2500 <br> Indianapolis, IN 46204 <br> (317) 237-8261 <br> kathy.osborn@faegredrinker.com <br> ryan.hurley@faegredrinker.com <br> anna.behrmann@faegredrinker.com <br><br> Colby Anne Kingsbury <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 311 S. Wacker Dr., #4400 <br> Chicago, IL 60606 <br> (312) 212-6573 <br> colby.kingsbury@faegredrinker.com <br><br> Jeffrey S. Roberts <br> Joshua P. Mahoney <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 1144 15th Street, Suite 3400 <br> Denver, CO 80203 <br> (303) 607-3500 <br> jeff.roberts@faegredrinker.com <br> joshua.mahoney@faegredrinker.com <br><br> *Counsel for Defendants Delta Plan of Arkansas, Inc., Delta Dental of Indiana, Inc., Delta Dental of Kentucky, Inc., Delta Dental Plan of Michigan, Inc., Delta Dental Plan of New Mexico, Inc., Delta Dental of North Carolina, Delta Dental Plan of Ohio, Inc., and Delta Dental of Tennessee* | */s/ Britt M. Miller* <br> Britt M. Miller <br> Andrew S. Marovitz <br> Daniel K. Storino <br> Jed W. Glickstein <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 782-0600 <br> bmiller@mayerbrown.com <br> amarovitz@mayerbrown.com <br> dstorino@mayerbrown.com <br> jglickstein@mayerbrown.com <br><br> Adam L. Hudes <br> Stephen M. Medlock <br> MAYER BROWN LLP <br> 1999 K Street NW <br> Washington, DC 20006 <br> (202) 263-3000 <br> ahudes@mayerbrown.com <br> smedlock@mayerbrown.com <br><br> *Counsel for Defendants Delta Dental Plans Association, DeltaUSA, Delta Dental of Connecticut Inc., Delta Dental Plan of Idaho, Inc. d/b/a Delta Dental of Idaho, Dental Service of Massachusetts, Inc. d/b/a Delta Dental of Massachusetts, Delta Dental of Missouri, Delta Dental of New Jersey, Inc., Oregon Dental Service d/b/a Delta Dental of Oregon, Delta Dental of Washington, and Delta Dental Plan of Wyoming d/b/a Delta Dental of Wyoming* |
| */s/ Benjamin W. Hulse* <br> Jerry W. Blackwell <br> Benjamin W. Hulse <br> Gerardo Alcazar <br> BLACKWELL BURKE P.A. <br> 431 South Seventh Street <br> Suite 2500 <br> Minneapolis, MN 55415 <br> 612-343-3200 <br> blackwell@blackwellburke.com <br> bhulse@blackwellburke.com | */s/ Howard Ullman* <br> Stephen V. Bomse <br> Russell P. Cohen <br> Howard Ullman <br> Nicole Gelsomini <br> ORRICK HERRINGTON & SUTCLIFFE LLP <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA 94105 <br> 415-773-5700 <br> sbomse@orrick.com |

5

galcazar@blackwellburke.com

Lori Swanson
Mike Hatch
SWANSON HATCH, P.A.
431 South 7th Street
Suite 2545
Minneapolis, MN 55415
612-315-3037
lswanson@swansonhatch.com
mhatch@swansonhatch.com

*Counsel for Defendants Delta Dental of Minnesota and Delta Dental of Nebraska*

/s/ David E. Dahlquist
David E. Dahlquist
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
312-558-5600
ddahlquist@winston.com

*Counsel for Defendants Arizona Dental Insurance Service, Inc. d/b/a Delta Dental of Arizona, Hawaii Dental Service, Delta Dental of Iowa, Delta Dental of Kansas Inc., Maine Dental Service Corporation d/b/a Delta Dental Plan of Maine, Delta Dental Plan of New Hampshire, Inc., Delta Dental Plan of Oklahoma, Delta Dental of Rhode Island, Delta Dental of South Dakota, and Delta Dental Plan of Vermont, Inc.*

/s/ Allison W. Reimann
Allison W. Reimann
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703
608-257-3911
areimann@gklaw.com

*Counsel for Defendant Delta Dental of Wisconsin, Inc.*

rcohen@orrick.com
hullman@orrick.com

Emily Luken
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
202-339-8400
eluken@orrick.com

Heather Kramer
Timothy D. Elliot
RATHJE WOODWARD LLC
300 E. Roosevelt Road
Suite 300
630-668-8500
Wheaton, IL 60187
hkramer@rathjewoodward.com
telliott@rathjewoodward.com

*Counsel for Defendants Delta Dental Insurance Company, Delta Dental of California, Delta Dental of Delaware, Delta Dental of the District of Columbia, Delta Dental of New York, Delta Dental of Pennsylvania, Delta Dental of Puerto Rico, and Delta Dental of West Virginia*

/s/ Scott D. Stein
Scott D. Stein
Colleen M. Kenney
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
sstein@sidley.com
ckenney@sidley.com

*Counsel for Defendants Delta Dental of Colorado, Delta Dental of Illinois, and Delta Dental of Virginia*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on February 2, 2021, I caused a true and correct copy of the foregoing **JOINT STATUS REPORT** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and separately via email to counsel of record. Parties may access this filing through the court's CM/ECF System.

                                            */s/ Britt M. Miller*
                                            Britt M. Miller
                                            MAYER BROWN LLP
                                            71 South Wacker Drive
                                            Chicago, IL 60606
                                            (312) 782-0600
                                            bmiller@mayerbrown.com