**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION | CIVIL ACTION NO. 1:19-CV-06734 |
| This document relates to: ALL ACTIONS | MDL NO. 2931 |

**JOINT STATUS REPORT**

Pursuant to the Court's minute entry dated February 3, 2021 (Doc. No. 367), the undersigned parties jointly submit this Status Report to provide the Court with an update regarding the multidistrict litigation ("MDL").

**Background**

This MDL centralizes twenty-eight cases filed in this and other Districts bringing claims against the Delta Dental Defendants ("Defendants").[1] A Consolidated Amended Complaint ("CAC") was filed on November 26, 2019. Doc. No. 96. The Court denied Defendants' joint Motion to Dismiss the CAC on September 4, 2020. Doc. No. 303. The Court entered a Scheduling Order on September 11, 2020. Doc. No. 306. The parties last filed a Joint Status Report on February 2, 2021. Doc. No. 366.

**Stipulations and Protective Orders Since Last Status Report**

On July 15, 2021, the Court entered the Agreed Qualified HIPAA Protective Order that was stipulated to by the parties. Doc. No. 371. That order governs the production or disclosure of Protected Health Information ("PHI") in this MDL.

---

[1] A plaintiff in one case, Drs. DelMonico and Trocchio, Ltd., was voluntarily dismissed without prejudice on April 22, 2021. Doc. No. 369.

**Discovery**

On December 16, 2020, Defendants served their First Set of Requests for Production of Documents Directed to Plaintiffs and their First Set of Interrogatories to Plaintiffs. Plaintiffs served their First Set of Requests for Production of Documents to All Defendants on December 28, 2020. Plaintiffs served responses and objections to Defendants' discovery requests on February 15, 2021, and Defendants served responses and objections to Plaintiffs' discovery requests on February 26, 2021.

The parties have met and conferred about their respective discovery responses on April 9, 2021, May 12, 2021, May 19, 2021, and May 27, 2021. The parties also have exchanged correspondence on March 10, 2021, March 26, 2021, April 8, 2021, April 30, 2021, July 2, 2021, July 12, 2021, and July 23, 2021. From their meet and confers and correspondence, the parties have reached agreement on many issues and identified certain areas where they remain in disagreement. Should any disputes become ripe for the Court's consideration, the parties will file an appropriate motion.

In connection with their discovery responses and ongoing meet and confers, Defendants sent Plaintiffs proposed custodian lists on June 10, 2021 and proposed search terms on June 25, 2021. Defendants also produced organizational charts on June 25, 2021, June 29, 2021, and July 2, 2021, to facilitate further discussion regarding document custodians. Plaintiffs sent Defendants proposed lists of custodians and non-custodial data sources on June 25, 2021, and provided an updated proposed custodian list, an organizational chart, and proposed search terms on July 2, 2021. Plaintiffs also sent correspondence on July 23, 2021 requesting that Defendants supplement their proposed custodians and search terms. The parties' discussions regarding custodians and search terms are ongoing.

Fact discovery currently is set to close on July 1, 2022. Doc. No. 306 ¶ E(d).

## **NEXT STATUS REPORT**

The parties respectfully request that their next joint status report be due in approximately 60 days, on or about October 5, 2021, to allow them an opportunity to update the Court on their continuing discussions regarding discovery, custodians, and search terms and to alert the Court to any impending disputes.

Dated: August 2, 2021

Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **WOLLMUTH MAHER & DEUTSCH LLP** |

By: */s/ Stephen R. Neuwirth*

By: */s/ Ronald J. Aranoff*

Stephen R. Neuwirth
Toby E. Futter
Joseph Kiefer
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212 849-7000
stephenneuwirth@quinnemanuel.com
tobyfutter@quinnemanuel.com
joekiefer@quinnemanuel.com

Ronald J. Aranoff
Nicole M. Clark
500 Fifth Avenue – 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
nclark@wmd-law.com

*Interim Co-Lead Class Counsel*

Leonid Feller, P.C.
Athena Dalton
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
leonidfeller@quinnemanuel.com
athenadalton@quinnemanuel.com

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan
Gregory Arenson
Elana Katcher
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Interim Co-Lead Class Counsel*

*Chair, Plaintiffs' Interim Executive Committee*

*/s/ Kathy L. Osborn*
Kathy L. Osborn
Ryan M. Hurley
Anna Marie Behrmann
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
(317) 237-8261
kathy.osborn@faegredrinker.com
ryan.hurley@faegredrinker.com
anna.behrmann@faegredrinker.com

Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 S. Wacker Dr., #4400
Chicago, IL 60606
(312) 212-6573
colby.kingsbury@faegredrinker.com

Jeffrey S. Roberts
Joshua P. Mahoney
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15th Street, Suite 3400
Denver, CO 80203
(303) 607-3500
jeff.roberts@faegredrinker.com
joshua.mahoney@faegredrinker.com

*Counsel for Defendants Delta Plan of Arkansas, Inc., Delta Dental of Indiana, Inc., Delta Dental of Kentucky, Inc., Delta Dental Plan of Michigan, Inc., Delta Dental Plan of New Mexico, Inc., Delta Dental of North Carolina, Delta Dental Plan of Ohio, Inc., and Delta Dental of Tennessee*

*/s/ Benjamin W. Hulse*
Jerry W. Blackwell
Benjamin W. Hulse
Gerardo Alcazar
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
612-343-3200
blackwell@blackwellburke.com
bhulse@blackwellburke.com

*/s/ Britt M. Miller*
Britt M. Miller
Andrew S. Marovitz
Daniel K. Storino
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
amarovitz@mayerbrown.com
dstorino@mayerbrown.com
jglickstein@mayerbrown.com

Adam L. Hudes
Stephen M. Medlock
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
ahudes@mayerbrown.com
smedlock@mayerbrown.com

*Counsel for Defendants Delta Dental Plans Association, DeltaUSA, Delta Dental of Connecticut Inc., Delta Dental Plan of Idaho, Inc. d/b/a Delta Dental of Idaho, Dental Service of Massachusetts, Inc. d/b/a Delta Dental of Massachusetts, Delta Dental of Missouri, Delta Dental of New Jersey, Inc., Oregon Dental Service d/b/a Delta Dental of Oregon, Delta Dental of Washington, and Delta Dental Plan of Wyoming d/b/a Delta Dental of Wyoming*

*/s/ Howard Ullman*
Stephen V. Bomse
Russell P. Cohen
Howard Ullman
Nicole Gelsomini
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
sbomse@orrick.com

galcazar@blackwellburke.com

Lori Swanson
Mike Hatch
SWANSON HATCH, P.A.
431 South 7th Street
Suite 2545
Minneapolis, MN 55415
612-315-3037
lswanson@swansonhatch.com
mhatch@swansonhatch.com

*Counsel for Defendants Delta Dental of Minnesota and Delta Dental of Nebraska*

*/s/ David E. Dahlquist*
David E. Dahlquist
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
312-558-5600
ddahlquist@winston.com

*Counsel for Defendants Arizona Dental Insurance Service, Inc. d/b/a Delta Dental of Arizona, Hawaii Dental Service, Delta Dental of Iowa, Delta Dental of Kansas Inc., Maine Dental Service Corporation d/b/a Delta Dental Plan of Maine, Delta Dental Plan of New Hampshire, Inc., Delta Dental Plan of Oklahoma, Delta Dental of Rhode Island, Delta Dental of South Dakota, and Delta Dental Plan of Vermont, Inc.*

*/s/ Allison W. Reimann*
Allison W. Reimann
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703
608-257-3911
areimann@gklaw.com

*Counsel for Defendant Delta Dental of Wisconsin, Inc.*

rcohen@orrick.com
hullman@orrick.com

Emily Luken
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
202-339-8400
eluken@orrick.com

Heather Kramer
Timothy D. Elliot
RATHJE WOODWARD LLC
300 E. Roosevelt Road
Suite 300
630-668-8500
Wheaton, IL 60187
hkramer@rathjewoodward.com
telliott@rathjewoodward.com

*Counsel for Defendants Delta Dental Insurance Company, Delta Dental of California, Delta Dental of Delaware, Delta Dental of the District of Columbia, Delta Dental of New York, Delta Dental of Pennsylvania, Delta Dental of Puerto Rico, and Delta Dental of West Virginia*

*/s/ Scott D. Stein*
Scott D. Stein
Colleen M. Kenney
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
sstein@sidley.com
ckenney@sidley.com

*Counsel for Defendants Delta Dental of Colorado, Delta Dental of Illinois, and Delta Dental of Virginia*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on August 2, 2021, I caused a true and correct copy of the foregoing **JOINT STATUS REPORT** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and separately via email to counsel of record. Parties may access this filing through the court's CM/ECF System.

      */s/ Britt M. Miller*
      Britt M. Miller
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL 60606
      (312) 782-0600
      bmiller@mayerbrown.com