**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION | **CIVIL ACTION NO.** 1:19-CV-06734 |
| This document relates to: ALL ACTIONS | **MDL NO.** 2931 |

## UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFFS' INTERIM CO-LEAD CLASS COUNSEL

On January 13, 2023, Plaintiffs' Interim Co-Lead Class Counsel, Stephen R. Neuwirth, tragically passed away following an illness. As a result, and with a heavy heart, Plaintiffs respectfully move to substitute Mr. Neuwirth's partner, Leonid Feller, as Plaintiffs' Interim Co-Lead Class Counsel. In further support of this motion, Plaintiffs state as follows:

1. On November 25, 2019, the Court appointed Stephen R. Neuwirth (Quinn Emanuel Urquhart & Sullivan LLP) and Ronald J. Aranoff (Wollmuth Maher & Deutsch LLP) as Plaintiffs' Interim Co-Lead Class Counsel. (Dkt. No. 95).

2. Mr. Neuwirth and Mr. Aranoff, supported by the Executive Committee also appointed by this Court, have ably and effectively prosecuted this action.

3. On January 13, 2023, Mr. Neuwirth passed away following an illness.

4. Mr. Neuwirth's partner at Quinn Emanuel, Leonid Feller, is prepared to assume Mr. Neuwirth's duties as Plaintiffs' Interim Co-Lead Class Counsel. Together with Mr. Aranoff, Mr. Feller has served in a leadership capacity on this case since its inception, including since Mr. Neuwirth fell ill. A copy of Mr. Feller's CV can be found at https://www.quinnemanuel.com/attorneys/feller-leonid/.

5. Mr. Aranoff and Plaintiffs' Executive Committee unanimously support Mr. Feller's appointment as Plaintiffs' Interim Co-Lead Class Counsel. Defendants do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Unopposed Motion to Substitute Plaintiffs' Interim Co-Lead Class Counsel.

Dated: January 19, 2023  Respectfully submitted,

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **WOLLMUTH MAHER & DEUTSCH LLP** |
|---|---|
| By: */s/ Leonid Feller* | By: */s/ Ronald J. Aranoff* |
| Leonid Feller, P.C.<br>Bevin Brennan<br>Tyler Murray<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>leonidfeller@quinnemanuel.com<br>bevinbrennan@quinnemanuel.com<br>tylermurray@quinnemanuel.com | Ronald J. Aranoff<br>Philip R. Schatz<br>Nicole M. Clark<br>William J. Hagan<br>500 Fifth Avenue – 12th Floor<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>raranoff@wmd-law.com<br>nclark@wmd-law.com |
| *Interim Co-Lead Class Counsel* | *Interim Co-Lead Class Counsel* |
| | **KAPLAN FOX & KILSHEIMER LLP**<br>Robert N. Kaplan<br>Gregory Arenson<br>Elana Katcher<br>850 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>rkaplan@kaplanfox.com<br>garenson@kaplanfox.com<br>ekatcher@kaplanfox.com<br><br>*Chair, Plaintiffs' Interim Executive Committee* |

## CERTIFICATE OF SERVICE

I, Leonid Feller, an attorney, hereby certify that on January 19, 2023, I caused a true and correct copy of the foregoing **UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFFS' INTERIM CO-LEAD CLASS COUNSEL** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and separately via email to counsel of record. Parties may access this filing through the court's CM/ECF System.

*/s/ Leonid Feller*