# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | **CIVIL ACTION NO.**<br>1:19-CV-06734<br><br>**MDL NO.** 2931 |

## NOTICE OF UNOPPOSED MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, January 25, 2023, at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall present Judge Elaine E. Bucklo or any judge sitting in Judge Bucklo's stead, in Courtroom 2243 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois with the **UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFFS' INTERIM CO-LEAD CLASS COUNSEL**, a copy of which is attached and served upon you through the CM/ECF filing system. The Court will rule by written order on or before the date of presentment. Appearances in Court will not be required. The presentment date is for tracking purposes only.

Dated: January 19, 2023

By: */s/ Leonid Feller*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Leonid Feller, P.C.
Bevin Brennan
Tyler Murray
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
leonidfeller@quinnemanuel.com
bevinbrennan@quinnemanuel.com

Respectfully submitted,

By: */s/ Ronald J. Aranoff*

**WOLLMUTH MAHER & DEUTSCH LLP**
Ronald J. Aranoff
Philip R. Schatz
Nicole M. Clark
William J. Hagan
500 Fifth Avenue – 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
pschatz@wmd-law.com

1

| | |
|---|---|
| tylermurray@quinnemanuel.com<br>*Interim Co-Lead Class Counsel* | nclark@wmd-law.com<br>whagan@wmd-law.com<br>*Interim Co-Lead Class Counsel* |

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan
Gregory Arenson
Elana Katcher
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com
*Chair, Plaintiffs' Interim Executive Committee*

## **CERTIFICATE OF SERVICE**

I, Leonid Feller, an attorney, hereby certify that on January 19, 2023, I caused a true and correct copy of the foregoing **NOTICE OF UNOPPOSED MOTION** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and separately via email to counsel of record. Parties may access this filing through the court's CM/ECF System.

*/s/ Leonid Feller*