# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dr. Rick Lindley, DDS, FICD, et al.

                                                Plaintiff,

v.                                                                                         Case No.: 1:19−cv−06734

                                                                                            Honorable Elaine E. Bucklo

Delta Dental Insurance Company, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 23, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the parties' joint status report. The Court adopts the joint stipulation. Fact discovery is extended and ordered closed by 10/19/2023. Enter Second Amended Scheduling Order. Unopposed motion to substitute plaintiffs' interim co−lead class counsel [454] is granted. Attorney Stephen R. Neuwirth is terminated. Plaintiff's motion for leave to file under seal certain portions of and exhibits [456] is granted. The Court sets the following briefing schedule on plaintiffs' motion for a protective order pursuant to Fed. R. Civ. P. 26(b) or, in the alternative, motion to quash regarding subpoenas to Beverly Bank and JPMorgan [458] as follows: Responses due by 2/8/2023. Replies due by 2/22/2023. Ruling is set for 3/8/2023 (to track case only; no appearance required). The Court will issue a ruling by mail. Status hearing is reset for 10/26/2023 at at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 10/19/2023. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.