

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click [HERE](#) for update instructions.

Name   Adam L. Hudes

Firm   Vinson & Elkins LLP

Street Address   2200 Pennsylvania Ave., NW, Suite 500 West

City/State/Zip Code   Washington, DC  20037

Phone Number   202-639-6632

Email address   ahudes@velaw.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:19-cv-06734 | In re Delta Dental Antitrust Litigation | Hon. Elaine E. Bucklo |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*/s/ Adam L. Hudes*                                          July 10, 2023
Signature of Attorney                                         Date
*Counsel for Defendant*
*Delta Dental of Missouri*

Rev. 01272016