# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dr. Rick Lindley, DDS, FICD, et al.

                                          Plaintiff,

v.                                                                  Case No.: 1:19−cv−06734

                                                                  Honorable Elaine E. Bucklo

Delta Dental Insurance Company, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 18, 2023:

       MINUTE entry before the Honorable Elaine E. Bucklo: Guardian Life Insurance company of America's motion to quash or modify third−party subpoena [484]; Non−Party Humana Inc.'s, Non−party Aetna, Inc.'s and Non−Party Ameritas Life Insurance Corporation's motion to quash or modify third−party subpoena [501];[511] and [543]; Defendants' cross−motion to compel third−party Humana Inc. to comply with subpoena [518]; Defendants' motion to compel Ameritas Life Insurance Corporation to comply with subpoena [525] are granted in part and denied in part. Enter Order. Defendants and the subpoena respondents shall submit a revised protective order consistent with this opinion by August 1, 2023 to this Court's Proposed Order Inbox. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.