# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION<br><br>*This document relates to: ALL ACTIONS* | **CIVIL ACTION NO.**<br>1:19-CV-06734<br><br>**MDL NO.** 2931<br>Hon. Elaine E. Bucklo |

## JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT AND PROPOSED DISPOSITIVE MOTIONS SCHEDULE

Plaintiffs and Defendants (together, the "Parties") in the above referenced action respectfully seek a one-week extension of the October 10, 2024 deadline to submit to the Court a joint status report and proposed schedule for dispositive motions.

The Court's January 3, 2024 Minute Entry (ECF No. 746) set a status hearing on October 17, 2024 for tracking purposes only, states that appearances by counsel at the status hearing are not required, and orders the Parties to file a joint written status report by October 10, 2024 to include an agreed dispositive motions schedule. The Minute Entry further states that the Court will enter a scheduling order in response to the status report.

The Parties continue to confer about the case schedule going forward, and they seek a one-week extension of the deadline, to October 17, 2024, to submit the joint status report and proposed schedule. The current deadline for the status report (October 10) coincides with Plaintiffs' due date to file and serve their reply brief and any rebuttal expert reports in support of their motion for class certification. The brief extension will provide the Parties with additional time to confer about the dispositive motion deadlines, and to determine whether they can agree on a schedule or will need to submit alternate proposals to the Court for its consideration in their joint status report. The status

hearing (for tracking purposes only) that is currently set of October 17 would similarly be extended by one week to October 24, 2024.

The Parties also expect to submit with their joint status report a proposal for page limits for their *Daubert* motions relating to class certification experts. That proposal is due on October 17, 2024 pursuant to the Third Amended Scheduling Order at 4 (ECF. No. 729), and thus would coincide with the Parties' requested deadline for the joint status report.

Good cause exists to grant the requested relief. The Parties are continuing to confer and attempting to reach an agreement on a proposed schedule to submit for the Court's consideration. The modest extension they seek will not interfere with any other deadlines in this action or materially delay this matter in any way.

Wherefore, the Parties respectfully request that (1) the Court grant this motion for a one-week extension for the parties to submit their joint status report and proposed schedule to the Court, and reset the due date for the joint status report to October 17, 2024, and (2) reset the status hearing (for tracking purposes only, no appearances required) to October 24, 2024.

Dated:  October 8, 2024

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

**WOLLMUTH MAHER & DEUTSCH LLP**

By:  */s/ Leonid Feller*
Leonid Feller, P.C.
Bevin Brennan
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
leonidfeller@quinnemanuel.com
bevinbrennan@quinnemanuel.com

*Interim Co-Lead Class Counsel*

By*:  /s/ Ronald J. Aranoff*
Ronald J. Aranoff
Jay S. Handlin
William J. Hagan
Alexandra C. Spina
500 Fifth Avenue – 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
jhandlin@wmd-law.com
whagan@wmd-law.com
aspina@wmd-law.com

*Interim Co-Lead Class Counsel*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan
Gregory Arenson
Elana Katcher
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Chair, Plaintiffs' Interim Executive Committee*

*/s/ Kathy L. Osborn*
Kathy L. Osborn
Ryan M. Hurley
Anna Marie Behrmann
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
(317) 237-8261
kathy.osborn@faegredrinker.com
ryan.hurley@faegredrinker.com
anna.behrmann@faegredrinker.com

Colby Anne Kingsbury
Joshua P. Mahoney
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, #3300
Chicago, IL 60606
(312) 212-6573
josh.mahoney@faegredrinker.com
colby.kingsbury@faegredrinker.com

*Counsel for Defendants Delta Plan of Arkansas, Inc., Delta Dental Plan of Indiana, Inc., Delta Dental of Kentucky, Inc., Delta Dental Plan of Michigan, Inc., Delta Dental Plan of New Mexico, Inc., Delta Dental of North Carolina, Delta Dental Plan of Ohio, Inc., and Delta Dental of Tennessee*

*/s/ Britt M. Miller*
Britt M. Miller
Andrew S. Marovitz
Daniel K. Storino
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
amarovitz@mayerbrown.com
dstorino@mayerbrown.com

*Counsel for Defendants Delta Dental Plans Association, DeltaUSA, Delta Dental of Connecticut Inc., Delta Dental of Idaho, Delta Dental of Massachusetts, Delta Dental of Minnesota, Delta Dental of Nebraska, Delta Dental of New Jersey, Inc., Delta Dental of Washington, and Delta Dental of Wyoming*

*/s/ Howard Ullman*
Russell P. Cohen
Howard M. Ullman
Joseph D. Trujillo
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, CA 94104
415-773-5700

3

*/s/ Lori Swanson*
Lori Swanson
SWANSON HATCH, P.A.
431 South 7th Street
Suite 2545
Minneapolis, MN 55415
612-315-3037
lswanson@swansonhatch.com

*Counsel for Defendants Delta Dental of Minnesota and Delta Dental of Nebraska*

*/s/ Jeffrey J. Amato*
Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
212-294-6700
jamato@winston.com

*Counsel for Defendants Arizona Dental Insurance Service, Inc. d/b/a Delta Dental of Arizona, Hawaii Dental Service, Delta Dental of Iowa, Delta Dental of Kansas Inc., Maine Dental Service Corporation d/b/a Delta Dental Plan of Maine, Delta Dental Plan of New Hampshire, Inc., Delta Dental Plan of Oklahoma, Delta Dental of Rhode Island, Delta Dental of South Dakota, and Delta Dental Plan of Vermont, Inc.*

*/s/ Allison W. Reimann*
Allison W. Reimann
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703
608-257-3911
areimann@gklaw.com

russ.cohen@dechert.com
howard.ullman@dechert.com
joseph.trujillo@dechert.com

Christie Boyden
DECHERT LLP
1900 K Street NW
Washington, D.C., 20006
202-261-3384
christie.boyden@dechert.com

Elisa Beneze
Agnese Nadalini
DECHERT LLP
2929 Arch Street
Philadelphia, Pennsylvania, 19104
215-994-2000
elisa.beneze@dechert.com
agnese.nadalini@dechert.com

Heather Kramer
Timothy D. Elliot
RATHJE WOODWARD LLC
300 E. Roosevelt Road, Suite 300
630-668-8500
Wheaton, IL 60187
hkramer@rathjewoodward.com
telliott@rathjewoodward.com

*Counsel for Enterprise State Defendants[1]*

*/s/ Scott D. Stein*
Scott D. Stein
Colleen M. Kenney
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
sstein@sidley.com
ckenney@sidley.com

---

[1] The Enterprise State Defendants are Delta Dental Insurance Company, Delta Dental of California, Delta Dental of Delaware, Delta Dental of the District of Columbia, Delta Dental of New York, Delta Dental of Pennsylvania, Delta Dental of Puerto Rico, and Delta Dental of West Virginia.

Sean O'D Bosack
Nicholas Bezier
Christie B. Carrino
GODFREY & KAHN, S.C.
833 E. Michigan St., Suite 1800
Milwaukee, WI 53202
414-273-3500
sbosack@gklaw.com
nbezier@gklaw.com
ccarrino@gklaw.com

*Counsel for Defendant Delta Dental of Wisconsin, Inc.*

*Counsel for Defendants Delta Dental of Colorado, Delta Dental of Illinois, and Delta Dental of Virginia*

*/s/ Stephen M. Medlock*
Stephen M. Medlock
Adam L. Hudes
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
202-639-6578
smedlock@velaw.com
ahudes@velaw.com

*Counsel for Defendants Delta Dental of Missouri and Oregon Dental Service d/b/a Delta Dental of Oregon*

5

## **CERTIFICATE OF SERVICE**

       I, Britt M. Miller, an attorney, hereby certify that on October 8, 2024, I caused a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT AND PROPOSED DISPOSITIVE MOTIONS SCHEDULE** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                      */s/ Britt M. Miller*
                                      Britt M. Miller
                                      MAYER BROWN LLP
                                      71 South Wacker Drive
                                      Chicago, IL 60606
                                      (312) 782-0600
                                      bmiller@mayerbrown.com