# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION | **CIVIL ACTION NO.** 1:19-CV-06734 |
| *This document relates to:* ALL ACTIONS | **MDL No.** 2931 |

## NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL

To: All Counsel of Record

    PLEASE TAKE NOTICE that on **Wednesday, January 7, 2026, at 9:45 a.m.** or as soon thereafter as counsel may be heard, we will appear before Judge Elaine E. Bucklo or any judge sitting in Judge Bucklo's stead, in Courtroom 2243 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants Delta Dental Plans Association, DeltaUSA, Delta Dental of Connecticut Inc., Delta Dental Plan of Idaho, Inc. d/b/a Delta Dental of Idaho, Dental Service of Massachusetts, Inc. d/b/a Delta Dental of Massachusetts, Delta Dental of New Jersey, Inc., Delta Dental of Minnesota, Delta Dental of Nebraska, Delta Dental of Washington, and Delta Dental of Wyoming's Motion for Withdrawal of Counsel as to Robert Entwisle, a copy of which is attached and served upon you through the CM/ECF filing system.

    The Court will rule by written order. Appearance in Court on the presentment date is not required. The presentment date is for tracking purposes only.

Dated: December 17, 2025                                       Respectfully submitted,

*/s/ Britt M. Miller*
Britt M. Miller
Andrew S. Marovitz
Daniel K. Storino
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
amarovitz@mayerbrown.com
dstorino@mayerbrown.com

*Counsel for Defendants Delta Dental Plans Association, DeltaUSA, Delta Dental of Connecticut Inc., Delta Dental Plan of Idaho, Inc. d/b/a Delta Dental of Idaho, Dental Service of Massachusetts, Inc. d/b/a Delta Dental of Massachusetts, Delta Dental of Minnesota, Delta Dental of Nebraska, Delta Dental of New Jersey, Inc., Delta Dental of Washington, and Delta Dental of Wyoming*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on December 17, 2025, I caused a true and correct copy of the foregoing **NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      */s/ Britt M. Miller*
      Britt M. Miller
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL 60606
      (312) 782-0600
      bmiller@mayerbrown.com