# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE DELTA DENTAL ANTITRUST LITIGATION | **Civil Action No.** 1:19-cv-06734 |
| | **MDL No.** 2931 |
| *This document relates to ALL ACTIONS* | Hon. Elaine E. Bucklo |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION TO CONFIRM DEADLINES**

The Court grants Defendants' Motion to Confirm Deadlines. Summary judgment motions and merits *Daubert* motions shall be filed by **March 24, 2026**. Oppositions to such motions shall be filed by **May 19, 2026**. Replies in support of such motions shall be filed by **June 30, 2026**.

Entered on: _____                    _____

                                                        Hon. Elaine E. Bucklo